# United States District Court
# For The Western District of North Carolina
# Asheville Division

TODD BUCHANAN,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                       1:09cv367-MU-02

ROBERT COOPER, et al.,

       Respondent..

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2009 Order.

                                                     FRANK G. JOHNS, CLERK

October 1, 2009

                                                     *s/Elizabeth J. Barton*
                          BY: _____
                                                   Elizabeth J. Barton, Deputy Clerk